

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00262-CV

Jennifer G. **ELLIOT**,
Appellant

v.

Mary L. **Pena**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-EM5-03919
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

 The trial court clerk has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

 We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court